UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMEEKA GREEN,

                Plaintiff,          **ECF CASE**

     -against-               Docket No. 08-CV-3337(NRB)(RLE)

                                     **NOTICE OF APPEARANCE**

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York and requests that all future papers in this action be served upon the undersigned at the address designated below.

Dated:  New York, New York
          April 30, 2008

                                   MICHAEL A. CARDOZO
                                   Corporation Counsel of
                                   the City of New York
                                   Attorney for defendant
                                   City of New York
                                   100 Church Street
                                   New York, New York 10007
                                   (212) 442-0832
                                   (212) 788-9776 (fax)

                                 By:   s/ Hugh A. Zuber            .
                                         Hugh A. Zuber (HZ 4935)
                                         Assistant Corporation Counsel

- 2 -

TO:    Michael Colihan, Esq.
        44 Court Street, Suite 911
        Brooklyn, NY 11201
        Michaelcolihan@aol.com