



THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

HUGH A. ZUBER
Assistant Corporation Counsel
phone: 212-442-0832
fax: 212-788-9776
email: hzuber@law.nyc.gov

May 1, 2008

**VIA FACSIMILE (212) 805-7927**
The Honorable Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Tameeka Green v. City of New York, et al.*, 08-CV-3337(NRB)(RLE)

Dear Judge Buchwald:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing to request a sixty (60) day enlargement of time, from May 2, 2008 to July 2, 2008, within which this office may answer or otherwise respond to the complaint. Plaintiff's counsel, Michael Colihan's, Esq., position to this request has not been obtained as I have been unable to reach him after several attempts (on April 28, 2008, April 30, 2008 and May 1, 2008) and I wanted to get this request to the Court without further delay. This is the City's first request for an enlargement of time in this action.

In the complaint, the plaintiff alleges, *inter alia*, violations of her constitutional rights, when she was allegedly falsely arrested by police officers and maliciously prosecuted on those criminal charges.

Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and forward to the plaintiff for execution authorizations for the release of the underlying arrest and prosecution records, which may have been sealed pursuant to NYCPL § 160.50. Without the underlying records, defendant cannot properly assess this case or respond to the complaint. Accordingly, the enlargement of time will afford us the opportunity to fully investigate the matter and to secure the relevant documents.

Accordingly, we respectfully request that the defendant be granted a sixty day enlargement of time, from May 2, 2008 to July 2, 2008, to answer or otherwise respond to the complaint.

Thank you for your consideration of this matter.

Respectfully submitted,

Hugh A. Zuber (HZ 4935)
Assistant Corporation Counsel


cc: Michael Colihan, Esq.
44 Court Street, Suite 911
Brooklyn, NY 11201
Michaelcolihan@aol.com